## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

EASTERN DISTRICT  
STATE OF NEW YORK, COUNTY OF UNTIED

Purchased/Filed: June 15, 2023  
Index # 1:23-CV-04409-DLI-CLP

*EMELY JARA*  Plaintiff

against

*CAVALI NY INC. D/B/A CAVALI NEW YORK A/D/B/A CAVALI STEAKHOUSE & LOUNGE, ET AL*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __June 16, 2023__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on __CAVALI NY INC.__, the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__  
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this  
__16th__ day of June 2023

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1894095

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**