UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EMELY JARA,

                                  Plaintiff,

                    -against-

CAVALI NY INC d/b/a CAVALI NEW YORK a/d/b/a
CAVALI STEAKHOUSE & LOUNGE, SHARIQ RAZVI
a/k/a TONY RAZVI, and FARAH RAZVI a/k/a FARAH
RACALDI a/k/a SARAH RAZVI a/k/a SARAH RACALDI,

                                  Defendants.
------------------------------------------------------------------------X

Civil Action No.
1:23-cv-04409 (DLI)(CLP)

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendants Cavali NY Inc d/b/a Cavali New York a/d/b/a Cavali Steakhouse & Lounge, Shariq Razvi a/k/a Tony Razvi, and Farah Razvi a/k/a Farah Racaldi a/k/a Sarah Razvi a/k/a Sarah Racaldi have not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of defendants Cavali NY Inc d/b/a Cavali New York a/d/b/a Cavali Steakhouse & Lounge, Shariq Razvi a/k/a Tony Razvi, and Farah Razvi a/k/a Farah Racaldi a/k/a Sarah Razvi a/k/a Sarah Racaldi is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

      April 12, 2024

                                                                  BRENNA B. MAHONEY, Clerk of Court

                                                             By: *Jalitza Poveda*
                                                                     Deputy Clerk