UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EMELY JARA,

                              Plaintiff,

-against-

CAVALI NY INC d/b/a CAVALI NEW YORK a/d/b/a CAVALI STEAKHOUSE & LOUNGE, SHARIQ RAZVI a/k/a TONY RAZVI, and SARAH RACALDI,

                              Defendants.

------------------------------------------------------------------------X

Civil Action No.

1:23-cv-04409

CERTIFICATE OF SERVICE

    I, Luisaura Castillo, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows, certify that on the 16th day of May 2024, I served a copy of the NOTICE OF IMPEDING DISMISSAL FOR FAILURE TO PROSECUTE ORDER on the following via USPS First Class Mail:

Cavali NY Inc
36-21 Steinway Street
Long Island City, New York 11101

Shariq Razvi a/k/a Tony Razvi
74 Willow Street
Central Islip, New York 11722

Farah Razvi a/k/a Farah Racaldi
74 Willow Street
Central Islip, New York 11722

By: *Luisaura Castillo*

Luisaura Castillo