UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
EMELY JARA,

                                    Plaintiff,

    -against-

CAVALI NY INC d/b/a CAVALI NEW YORK a/d/b/a CAVALI STEAKHOUSE & LOUNGE, SHARIQ RAZVI a/k/a TONY RAZVI, and SARAH RACALDI,

                                      Defendants.

-----------------------------------------------------------------------X

Civil Action No.

1:23-cv-04409

CERTIFICATE OF SERVICE

      I, Luisaura Castillo, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows, certify that on the 17th day of May 2024, I served a copy of the NOTICE OF MOTION, DECLARATION OF ADAM SACKOWITZ and EXHIBIT 1 on the following via USPS First Class Mail:

Cavali NY Inc
36-21 Steinway Street
Long Island City, New York 11101

Shariq Razvi a/k/a Tony Razvi
74 Willow Street
Central Islip, New York 11722

Farah Razvi a/k/a Farah Racaldi
74 Willow Street
Central Islip, New York 11722

                                                                           By: _____
                                                                               Luisaura Castillo