UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EMELY JARA,

                        Plaintiff,

              -against-

CAVALI NY INC d/b/a CAVALI NEW YORK a/d/b/a
CAVALI STEAKHOUSE & LOUNGE, SHARIQ RAZVI
a/k/a TONY RAZVI, and FARAH RAZVI a/k/a FARAH
RACALDI a/k/a SARAH RAZVI a/k/a SARAH RACALDI,

                        Defendants.
-------------------------------------------------------------------------X

Civil Action No.

1:23-cv-04409

CERTIFICATE OF
SERVICE

     I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows, certify that on the 3rd day of February 2025, I served a copy of the COURT ORDER DATED FEBRUARY 1, 2025 (Dkt. No.43) on the following via the United States Postal Service, First Class mail:

Cavali NY Inc.
Attn: Shariq Razvi a/k/a Tony Razvi
Farah Razvi a/k/a Farah Racaldi a/k/a Sarah Racaldi
36-21 Steinway Street
Long Island City, New York 11101

Shariq Razvi a/k/a Tony Razvi
Farah Razvi a/k/a Farah Racaldi a/k/a Sarah Racaldi
74 Willow Street
Central Islip, New York 11722

                                                                       By: _____
                                                                            Diomicsa Hernandez